# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EDWINA THORNTON GAMBLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:14-cv-231-AKK** |
| **OCWEN LOAN SERVICING, LLC,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING PRETRIAL CONFERENCE AND TRIAL

This case is set for a pretrial conference on July 23, 2015 at 10:15 a.m. and for a jury trial on August 24, 2015 at 9:00 a.m. in Birmingham, Alabama, at the Hugo L. Black U. S. Courthouse.

It is further **ORDERED** that the parties submit a report of parties' planning meeting as required by Local Rule 26.1 in accordance with this trial date by **April 18, 2014**. Said report shall be in the format shown in the scheduling order on the web page of the undersigned.

**DONE** the 18th day of February, 2014.



**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE